UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN J. IWANISZEK,<br><br>        Plaintiff(s),<br><br>  v.<br><br>PRIDE TRANSPORT, INC.,<br><br>        Defendant(s). | Case No. 2:17-CV-2918 JCM (BNW)<br><br>ORDER |

Presently before the court is the matter of *Iwaniszek v. Pride Transport, Inc.*, case number 2:17-cv-02918-JCM-BNW. The Ninth Circuit referred this matter back to the court for the limited purpose of determining whether plaintiff Stephen J. Iwaniszek's in forma pauperis status should continue on appeal or whether the appeal is frivolous or taken in bad faith. (Referral Notice, ECF No. 33).

After considering the *Ghazali* factors, the court dismissed this case without prejudice for Iwaniszek's failure to file a second amended complaint as directed by the court in its February 17, 2021 screening order. (ECF Nos. 29, 30). He failed to do so even though the court gave him clear instructions on how to do so (ECF No. 22), afforded him extra time to do so (ECF No. 27), and warned him that not doing so could lead to dismissal. (*Id.*).

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the court certifies that any in forma pauperis appeal from the court's order and judgment dismissing this case (ECF Nos. 29, 30) would not be taken in good faith under 28 U.S.C. § 1915(a)(3).

DATED June 23, 2021.

_____
UNITED STATES DISTRICT JUDGE